## On Rehearing.

It appears that the purported judgment of conviction in this case is not different in any particular from that condemned in Dan Presley v. State (3d Div. 555), ante, p. 167, 113 So. 485, and upon the authority of the decision in that case the application for rehearing is granted, and the judgment here appealed from is reversed, and the cause remanded. Reversed and remanded.

(112 So. 923)

**J. O. TAYLOR CO. v. P. E. VALLEE & CO.** (6 Div. 96.) Court of Appeals of Alabama. April 21, 1927.

Roger Snyder, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 923)

**Virgil KEETON v. STATE.** (6 Div. 229.) Court of Appeals of Alabama. Dec. 13, 1927.

Ernest Lacy, Judge.

RICE, J. Appeal dismissed.

(113 So. 917)

**Bill KELLEY v. STATE.** (7 Div. 317.) Court of Appeals of Alabama. June 7, 1927.

R. B. Carr, Judge. Assault with a weapon.

RICE, J. Affirmed.

(116 So. 925)

**J. H. KELLY v. STATE.** (1 Div. 778.) Court of Appeals of Alabama. April 10, 1928.

Saffold Berney, Judge. Vagrancy.

RICE, J. Affirmed.

(111 So. 925)

**William David KEMP, alias, etc. v. STATE.** (6 Div. 69.) (Court of Appeals of Alabama. Jan. 11, 1927.)

John McKinley, Judge.

SAMFORD, J. Affirmed.

(114 So. 923)

**Willie KEMP v. STATE.** (6 Div. 269.) Court of Appeals of Alabama. Dec. 13, 1927.

John P. McCoy, Judge.

SAMFORD, J. Appeal dismissed.

(112 So. 923)

**W. C. KENDRICK v. STATE.** (6 Div. 207.) Court of Appeals of Alabama. May 24, 1927.

J. C. B. Gwin, Judge. Huey & Welch, of Bessemer, for appellant. Charlie C. McCall, Atty. Gen., and Ben G. Perry, Deputy Sol., and Arthur Green, Asst. Deputy Sol., both of Bessemer, for the State.

SAMFORD, J. Defendant was convicted of violating the prohibition law. There is not sufficient evidence in this case to support the verdict of the jury. The court should have granted the motion for a new trial. The judgment of conviction must be reversed, and the cause remanded.

(111 So. 925)

**Lewis KENNEY v. CITY of PHENIX CITY.** (4 Div. 223.) (Court of Appeals of Alabama. Feb. 1, 1927.)

J. S. Williams, Judge.

RICE, J. Appeal dismissed.

(117 So. 925)

**J. C. KERBY v. STATE.** (4 Div. 325.) Court of Appeals of Alabama. May 24, 1928.

H. K. Martin, Judge.

RICE, J. Appeal dismissed.

(118 So. 925)

**Y. B. KIDD v. CARTER GROCERY CO.** (6 Div. 407.) Court of Appeals of Alabama. Nov. 30, 1928.

R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 923)

**George KILPATRICK v. STATE.** (4 Div. 289.) Court of Appeals of Alabama. May 24, 1927. Rehearing Denied June 21, 1927.

R. T. Goodwyn, Special Judge. R. A. Whaley, of Andalusia, for appellant. Charlie C. McCall, Atty. Gen., for the State. Grand larceny.

RICE, J. Affirmed.

(115 So. 923)

**Verdie KIMBRELL, alias, etc., v. STATE.** (1 Div. 746.) Court of Appeals of Alabama. Jan. 10, 1928. Rehearing Denied Feb. 7, 1928.

Claude A. Grayson, Judge. McMillan & Grove, of Mobile, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Appellant was convicted of the offense of grand larceny. We are of the opinion the evidence tending to show the value of the coat alleged to have been stolen by appellant was legally sufficient. Its weight was for the jury. The case appears to have been properly tried, and we do not find any reversible error. The judgment is affirmed. Affirmed.

(118 So. 925)

**Cato KING v. STATE.** (4 Div. 382.) Court of Appeals of Alabama. Nov. 13, 1928.

W. L. Parks, Judge.

SAMFORD, J. Appeal dismissed by appellant.